NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**2011-1158**

---

IN RE PERSONALIZED MEDIA COMMUNICATIONS, LLC

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences in Reexamination Nos. 90/006,563 and 90/006,698.

---

## JUDGMENT

---

THOMAS J. SCOTT, JR., Goodwin Procter, LLP, of Washington, DC, argued for appellant.

NATHAN K. KELLEY, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and SCOTT C. WEIDENFELLER, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, PROST, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 13, 2011      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk